UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22524-KMW

MIGUEL A. GONZALEZ
and other similarly situated individuals,

    Plaintiff(s),

v.

SUNSET COMMUNITY
MENTAL HEALTH, INC.,
GLADYS LINARES and
ADA LINARES, individually

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MIGUEL A. GONZALEZ, and Defendants SUNSET COMMUNITY MENTAL HEALTH, INC, GLADYS LINARES and ADA LINARES individually, by and through their undersigned counsel, hereby stipulate to the dismissal of the action with prejudice, the parties to bear their own attorney's fees, and costs, except as otherwise set forth in the parties' Settlement Agreement. The Parties request that the Court retain jurisdiction for 60 days to enforce the terms of the Parties' settlement agreement. In support of the Parties' Stipulation for Dismissal with Prejudice, the Parties state as follows:

1. On October 14, 2020 the Parties appeared before Magistrate Judge Edwin G. Torres and participated in the settlement conference. With Magistrate Judge Torres' assistance, the Parties reached an agreement to resolve and settle the claims asserted by Plaintiff against Defendants.

2. After all material terms were announced in open court, the Court determined that the Parties' settlement was a fair and reasonable resolution of Plaintiff's claims

3. On October 16, 2020, the Parties consented to Magistrate Jurisdiction.

4. The Parties hereby file this Stipulation of Dismissal with Prejudice.

Dated: December 7, 2020

Respectfully submitted,

| | |
|---|---|
| **ZANDRO E. PALMA, P.A**. | **THE LAW OFFICES OF** |
| *Counsel for Plaintiff* | **EDDY O. MARBAN** |
| 9100 S. Dadeland Blvd., Ste 1500 | 2655 S. LeJeune Road, Suite 804 |
| Miami, FL 33156 | Coral Gables, Florida 33134 |
| By: */s/Zandro E. Palma* | By: *s/Edilberto O. Marban* |
| Zandro E. Palma, Esq. | Eddy O. Marban, Esq. |
| Fla. Bar No. 0024031 | Fl. Bar No. 435960 |
| Telephone (305) 446-1500 | Telephone (305) 448-9292 |
| Facsimile (561) 446-1502 | Facsimile (786) 309-9978 |
| Email: zep@thepalmalawgroup.com | E-mail: em@eddymarbanlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2020, I electronically filed the foregoing with the Clerk of the court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  **/s/ Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031

SERVICE LIST
CASE NO.: 20-cv-22524-KMW

THE LAW OFFICES OF
EDDY O. MARBAN
2655 S. LeJeune Road, Suite 804
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (786) 309-9978
E-mail: em@eddymarbanlaw.com
*Attorney for Defendant*

Zandro E. Palma, Esq.
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd., Ste 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22524-KMW

MIGUEL A. GONZALEZ
and other similarly situated individuals,

    Plaintiff(s),

v.

SUNSET COMMUNITY
MENTAL HEALTH, INC.,
GLADYS LINARES and
ADA LINARES, individually

    Defendants,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on before this Honorable Court on the parties' Joint Stipulation of Dismissal with Prejudice, and after being fully apprised in the premises, it is hereby

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for 60 days to enforce the terms of the parties' settlement, should such enforcement become necessary

DONE AND ORDERED in Chambers, in Dade County, Florida, this _____ day of _____, 2020.

_____
**EDWIN G. TORRES**
**US MAGISTRATE JUDGE**

cc:  All Counsel of Record